Per Curiam.
 

 [¶ 1] Robert R. Hoff appealed from a district court order denying his application for discharge from civil commitment as a sexually dangerous individual. Hoff argues there was not clear and convincing evidence that he continues to be a sexually dangerous individual under N.D.C.C. § 25-03.3-01(8). We conclude the district court's findings of fact are supported by clear and convincing evidence, and we summarily affirm under N.D.R.App.P. 35.1(a)(2).
 

 [¶ 2] Gerald W. VandeWalle, C.J.
 

 Jon J. Jensen
 

 Lisa Fair McEvers
 

 Daniel J. Crothers
 

 Jerod E. Tufte